# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3518

_____

Charles Pointer,                               *
                                               *
            Appellant,                         *
                                               *   Appeal from the United States
      v.                                       *   District Court for the
                                               *   Eastern District of Missouri.
Building Butlers,                              *
                                               *   [UNPUBLISHED]
            Appellee.                          *

_____

Submitted: April 5, 2005
Filed: April 11, 2005

_____

Before BYE, RILEY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Charles Pointer appeals the district court's[1] adverse grant of summary judgment in his suit pursuant to Title VII and 42 U.S.C. § 1981, in which he alleged employment discrimination. Having carefully reviewed the record, we conclude that summary judgment was proper for the reasons the district court stated. Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

[1] The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).